UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U S Courthouse, Suite 202
300 South 4th Street
Minneapolis, MN 55415

Divisional Offices
700 Federal Bldg.
316 No Robert Street
St. Paul, Mn 55101

RICHARD D. SLETTEN, CLERK
(612) 664-5000

417 U. S. Courthouse & Federal Building
515 West First Street
Duluth, MN 55802

August 29, 2006

**RE: Case Name:** USA vs Keith Wayne Barry
**Case Number:** 0:01-CR-00370 (1) MJD/JGL

## NOTICE OF MONETARY IMPOSITION PAID IN FULL

| DEBT | AMOUNT PAID | DATE |
| --- | --- | --- |
| Special Assessment | $ 200.00 | 4/14/2004 |

Sincerely,

s/Jennifer Nurnberger
Financial Technician

SCANNED
AUG 3 0 2006
U.S. DISTRICT COURT MPLS

FILED 8/29/06
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 7/12/02
Deputy Clerk's Initials s/JN