PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Keith Wayne Barry**

**Docket No. 0:01CR00370-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Keith Wayne Barry** who was sentenced for Count 1-Possession with Intent to Distribute 50 Grams of a Mixture of Methamphetamine and Count 2-Possession with Intent to Distribute 15 Kilograms of Marijuana on July 12, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-Participate in drug/alcohol treatment program
-Mandatory drug testing
-Abstain from alcohol
-Financial disclosure
-No new credit

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #1: The defendant shall not commit any crimes federal, state, or local.

SPECIAL CONDITION #7: The defendant shall abstain from the use of alcohol and other intoxicants.

On June 25, 2006, Mr. Barry was arrested and charged in Morrison County, Minnesota, District Court with Count 1-Third Degree Driving While Intoxicated Refusal to Test (Gross Misdemeanor), Count 2-Fourth Degree Driving While Intoxicated (Misdemeanor), and Speeding (Misdemeanor), case number K1-06-700. Additionally, on July 30, 2006, Mr. Barry was stopped by Richfield, Minnesota, police and cited for Driving After Revocation-Misdemeanor.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 90 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 3:00 a.m. until 2:30 p.m the following day for the purposes of alcohol testing.

SCANNED
JAN 10 2007
U.S. DISTRICT COURT MPLS

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

ORDER OF THE COURT

Considered and ordered this 9 day of Jan , 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer

Executed on January 5, 2007
Place Minneapolis

c: United States Sentencing Commission