Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Keith Wayne Barry

Docket No. 0:01CR00370-001(MJD)

**HEARING WAIVER**

I, Keith Wayne Barry, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate in a remote alcohol monitoring program for a period of 90 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 3:00 a.m. until 2:30 p.m. the following day for the purposes of alcohol testing.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Signed: Keith Barry

Keith Wayne Barry
Supervised Releasee

Witness: [signature]

Dated: 12/27/06

SCANNED
JAN 10 2007
U.S. DISTRICT COURT