PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
FEB 20 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Keith Wayne Barry**

**Docket No. 0:01CR00370-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Keith Wayne Barry** who was sentenced for Count 1-Possession with Intent to Distribute 50 Grams of a Mixture of Methamphetamine and Count 2-Possession with Intent to Distribute 15 Kilograms of Marijuana on July 12, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

–Participate in drug/alcohol treatment program
–Mandatory drug testing
–Abstain from alcohol
–Financial disclosure
–No new credit
–90 days home confinement with remote alcohol monitoring (modified January 9, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #1: The defendant shall not commit any crimes federal, state, or local.

SPECIAL CONDITION #7: The defendant shall abstain from the use of alcohol and other intoxicants.

SPECIAL CONDITION #11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

On January 1, 2007, Mr. Barry was arrested in Wright County, Minnesota, and charged with two counts of Driving While Intoxicated-Gross Misdemeanor (case number 86-CR-07-52). At the time of his arrest, he submitted to an Intoxilyzer breath test which registered .18 percent blood alcohol concentration. Additionally, Mr. Barry failed to notify this officer of his arrest until February 5, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
FEB 20 2007
U.S. DISTRICT COURT MPLS

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. It is further recommended that the previously ordered condition of 90 days home confinement with remote alcohol monitoring be removed upon entering the community corrections center.

ORDER OF THE COURT

Considered and ordered this 20th day of Feb, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer

Executed on February 16, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365

c: United States Sentencing Commission