Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Keith Wayne Barry

Docket No. 0:01CR00370-001(MJD)

## HEARING WAIVER

I, Keith Wayne Barry, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. It is further recommended that the previously ordered condition of 90 days home confinement with remote alcohol monitoring be terminated upon entering the community corrections center.

Signed: Keith Barry

Keith Wayne Barry
Supervised Releasee

Dated: 2-9-07

Witness:

SCANNED
FEB 20 2007
U.S. DISTRICT COURT MPLS